In the Matter of the Application of ADOLPHUS RAGAN and DENNIS A. LAMBERT, as Set Forth in the Petition, Petitioners, Appellants, for an Order under Article 78 of the Civil Practice Act, against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Others, Defendants, Respondents.— Order unanimously affirmed,

with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.